```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

CARLOS ORTIZ, an individual,

       Plaintiff,

v.                                Case No: 2:14-cv-735-FtM-29CM

LITTLE SUN CORP., a Florida
profit corporation,

       Defendant.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #14), filed February 26, 2015, recommending that the parties' Joint Motion for Approval of Settlement (Doc. #13) be granted and the Settlement Agreement (Doc. #13-1) be approved. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. §

636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge. The parties agreed to the payment of settlement funds and attorney's fees within 30 days of the approval of the settlement, but did not request dismissal of the case. The Court will administratively dismiss the case to allow the parties to file a stipulation of dismissal.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #14) is hereby **adopted** and the findings **incorporated** herein.

2. The parties' Joint Motion for Approval of Settlement (Doc. #13) is **granted** and the Settlement Agreement (Doc. #13-1) is approved as a fair and reasonable resolution of a bona fide dispute.

3. The Clerk shall terminate all deadlines and motions, and administratively close the case for a period of **thirty (30) days** from the date of this Opinion and Order to allow the parties to

file a stipulation of dismissal. After this 30 day period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered.

**DONE and ORDERED** at Fort Myers, Florida, this ___17th___ day of March, 2015.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties

- 3 -